IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**DAVID ALCALA**                                                                    **PLAINTIFF**

v.                                CASE NO.: 6:09–cv-06059

**SHERIFF DAVID TANNER** *et al.*                                  **DEFENDANTS**

## J U D G M E N T

For the reasons recited in an Order of the same date, Judgment is hereby entered in favor of Defendants and Plaintiff's Complaint, ECF No. 1, is hereby **dismissed with prejudice**.

**IT IS SO ORDERED** this **4th day of October 2011**.

                                                                  /s/ Barry A. Bryant
                                                                  HON. BARRY A. BRYANT
                                                                  U.S. MAGISTRATE JUDGE